FILED

2008 Dec-22  PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

JEAN-DIDIER NDOMA KILANDAMOKO )
                                      )
         Petitioner,                  )
vs.                                   )        Case No. 4:08-cv-1306-LSC-TMP
                                      )
MICHAEL MUKASEY, Attorney General of the )
United States;                        )
                                      )
         Respondents.                 )

O R D E R

On December 1, 2008, the magistrate judge filed his report and recommendation in the above-

styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C.

§ 2241 be dismissed as moot.  No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file,

including the report and recommendation, the Court is of the opinion that the report is due to be and

hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ

of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the

same is hereby DENIED and DISMISSED WITH PREJUDICE.

Done this 22nd day of December 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
**153671**

---

[1] The court notes that petitioner's copy of the report and recommendation was returned by the postal
service, marked "Released.  Returned to Sender.  Unable to Forward."